In the Matter of the Application of Nelson L. Allen for Admission to the

\* See Laws of 1902, chap. 600; Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), § 200 *et seq.*— [REP.

Bar.—Application granted and order signed. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.